# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC ANDREW BACA,<br><br>         Petitioner,<br><br>         v.<br><br>KELLY HARRINGTON, Warden,<br><br>         Respondent. | NO. ED CV 09-2011 SVW (FMO)<br><br><br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 27, 2012.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE